## (October 24, 1957)

■ MARYMOUNT COLLEGE v. D'AQUILLA BROTHERS CONTRACTING CO., INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ PEARL ROON et al., v. RICHARD H. WALDIN.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ JOSEPH V. GRUNDMAN, as Guardian ad Litem of JAMES GRUNDMAN, an Infant, et al., v. CONCOURSE CENTER OF ISRAEL.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ CHERRY HOLMAN v. A. J. CLARKE MANAGEMENT CORP. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ AARON MACHINERY CO., INC. v. FEDERAL METAL PRODUCTS CORP. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ MARGUERITE CRAIG v. HOWARD R. CRAIG, JR.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

■ PHILIP PEARLMAN v. KINGSTON PARK, INC., et al.— Motion for a stay granted upon condition that the appeal is argued or submitted during the November 1957 Term of this court. Concur — Peck, P. J., Breitel, Botein, Rabin and Valente, JJ.

## (October 29, 1957)

■ In the Matter of HARRY CURZAN, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

■ HELENA MENDELOVITS, Respondent, v. PETAL REALTY CORPORATION, Defendant and Third-Party Plaintiff-Appellant. IMPERIAL ELEVATOR COMPANY et al., Third-Party Defendants-Respondents.— Judgment in favor of plaintiff unanimously reversed and a new trial ordered on the ground of excessiveness, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the verdict to the sum of $12,000, in which event the judgment as so modified is affirmed, without costs. Judgment in favor of third-party defendants affirmed, with costs. Settle order on notice. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

■ ALLAN DIAS, Respondent, v. TIRE MART, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.